**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Manuel RODRIGUEZ–TOMALLO,
Defendant–Appellant.**

**No. 05–50249.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 21, 2006.*

Filed Dec. 27, 2006.

USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Robert L. Swain, Esq., Swain & Vance, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE and LEAVY, Circuit Judges.

MEMORANDUM **

Manuel Rodriguez–Tomallo appeals from the 37–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rodriguez–Tomallo contends that the district court erred by enhancing his sentence for a prior drug trafficking offense because the statute of conviction is over-broad. This contention is foreclosed by *United States v. Morales–Perez*, 467 F.3d 1219, 1223 (9th Cir.2006).

We reject Rodriguez–Tomallo's contention that the enhancement was unconstitutional because the prior conviction was not alleged in the indictment, was not found by a jury, and was not admitted by him. *See United States v. Beng–Salazar*, 452 F.3d 1088, 1091 (9th Cir.2006).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

